1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLANUEVA LOZANO, | Case No. ED CV 14-1854 MRW |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: April 30, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE